1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **VALERI MYSIN**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **UNITED STATES OF AMERICA**, ) | **2:12-cr-00051-MCE**
12 | Plaintiff )
   | ) | **STIPULATION AND**
13 | vs. ) | **ORDER**
14 | )
   | **BEKNAZAROV, et al.** )
15 | )
   | Defendant. )
16 | _____ )

17

18    The United States, through its undersigned counsel, and the defendants, through their
19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20 scheduled for May 10, 2012 at 09:00 a.m. in Courtroom 7 should be vacated and continued to
21 June 28, 2012, at 9:00 a.m.
22    All counsel agree that time should be excluded under the Speedy Trial Act from the date
23 this stipulation is lodged through June 28, 2012.
24    The parties stipulate and agree that the continuance requested herein is necessary to
25 provide defense counsel reasonable time to prepare their respective clients' defenses and taking
26 into account due diligence, the parties agree that the interests of justice in granting this
27 reasonable request for a continuance outweigh the best interests of the public and defendants for
28 a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2012 | /s/ Lee Bickley |
| 2 | | LEE BICKLEY<br>Assistant U.S. Attorney |
| 3 | Dated: May 9, 2012 | /s/ John R. Duree, Jr. |
| 4 | | JOHN R. DUREE, JR.<br>Attorney for Valeri Mysin |
| 5 | Dated: May 9, 2012 | /s/ Philip Cozens |
| 6 | | PHILIP COZENS<br>Attorney for Anatoliy Beknazarov |
| 7 | Dated: May 9, 2012 | /s/ Christopher Cosca |
| 8 | | CHRISTOPHER COSCA<br>Attorney for Valentina Beknazarov |
| 9 | Dated: May 9, 2012 | /s/ Julia Young |
| 10 | | JULIA YOUNG<br>Attorney for Valeri Kolesnikov |

## ORDER

The Motion is DENIED. Counsel was ordered to appear, and did appear, on May 10, 2012. The stipulation to vacate and continue the status conference is therefore moot.

**IT IS SO ORDERED.**

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE