| | |
|---|---|
| 1 | **JOHN R. DUREE, JR. INC.**<br>**A Professional Corporation**<br>State Bar No. 65684<br>428 J Street, Suite 352<br>Sacramento, California 95814<br>Telephone: (916) 441-0562<br>Fax: (916) 447-2988<br>Email: *jduree@pacbell.net* |

Attorney for Defendant
**VALERI MYSIN**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>BEKNAZAROV, et al.<br><br>    Defendant. | 2:12-cr-00051 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for July 12, 2012 at 09:00 a.m. in Courtroom 7 should be vacated and continued to August 30, 2012, at 9:00 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through August 30, 2012.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

| | | |
|---|---|---|
| Dated: July 5, 2012 | | /s/ Steve Lapham |
| | | STEVE LAPHAM |
| | | Assistant U.S. Attorney |
| Dated: July 5, 2012 | | /s/ John R. Duree, Jr. |
| | | JOHN R. DUREE, JR. |
| | | Attorney for Valeri Mysin |
| Dated: July 5, 2012 | | /s/ Philip Cozens |
| | | PHILIP COZENS |
| | | Attorney for Anatoliy Beknazarov |
| Dated: July 5, 2012 | | /s/ Christopher Cosca |
| | | CHRISTOPHER COSCA |
| | | Attorney for Valentina Beknazarov |
| Dated: July 5, 2012 | | /s/ Julia Young |
| | | JULIA YOUNG |
| | | Attorney for Valeri Kolesnikov |

**ORDER**

In accordance with counsel's stipulation as set forth above, IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE