```
 1  JOHN R. DUREE, JR. INC.
    A Professional Corporation
 2  State Bar No. 65684
    428 J Street, Suite 352
 3  Sacramento, California 95814
    Telephone: (916) 441-0562
 4  Fax: (916) 447-2988
    Email: jduree@pacbell.net
 5
 6  Attorney for Defendant
    VALERI MYSIN
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-cr-00051 MCE |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| BEKNAZAROV, et al. | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2013 at 9:00 am in Courtroom 7.

2. By this stipulation, defendant now moves to continue the status conference until March 28, 2013, at 9:00 a.m. am in Courtroom 7 and to exclude time between January 24, 2013 and March 28, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties have commenced negotiations but have not yet reached resolutions.

///

///

| | | |
|---|---|---|
| 1 | b. | Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with their clients. |
| 4 | c. | Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| 7 | d. | The government does not object to the continuance. |
| 8 | e. | Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 11 | f. | For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2013 to March 28, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

IT IS SO STIPULATED.

Dated: January 17, 2013              /s/ Steve Lapham
                                             STEVE LAPHAM
                                             Assistant U.S. Attorney

Dated: January 17, 2013              /s/ John R. Duree, Jr.
                                             JOHN R. DUREE, JR.
                                             Attorney for Valeri Mysin

## **ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE